479 A.2d 1112

Garstka v. Horth, Appellant.
Petition for Allowance of Appeal
Denied Nov. 7, 1984.

Argued March 13, 1984. E. Jerome Brose, for appellant; Nicholas Kozay, Jr., for appellees.

Before CAVANAUGH, WIEAND and CIRILLO, JJ.

Order affirmed.

WIEAND, J., filed a dissenting memorandum.

479 A.2d 1112

Gilbert v. Chubb Industries et al.

Argued May 9, 1984. John L. Jenkins, for appellants; John S. Bevan, for appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Appeal dismissed.